■ DOMINIC LAUDISIO et al., Respondents, v DIAMOND "D" CONSTRUCTION CORPORATION, Appellant. [668 NYS2d 516] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Mahoney, J. (Appeal from Order of Supreme Court, Erie County, Mahoney, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Balio and Fallon, JJ.